**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 24-20700 CMB |
| TRACEY LYNN ELLIS | : | |
|         Debtor | : | |
| | : | Chapter 13 |
| TRACEY LYNN ELLIS | : | |
| RONDA WINNECOUR, Trustee, | : | |
|     v.    Movants | : | |
| | : | |
| | : | Doc. No. 25 |
| AMERICAN BRIDGE COMPANY | : | |
|         Respondent | : | |

**AMENDED CERTIFICATE OF SERVICE OF ORDER OF ORDER ON MOTION TO ATTACH WAGES AND NOTICE OF SOCIAL SECURITY NUMBER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **8 April 2024.**

The types of service made on the parties was:

**USPS First Class Mail:**

American Bridge Company
Attn: Payroll Dept.
1000 American Bridge Way
Corapolis, PA 15108

Date: 10 April 2024

Respectfully Submitted,

/s/ Jeffrey W. Ross Esq.
Jeffrey W. Ross, Esq.
PA Bar ID No. 201479
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
T 814-444-0500
F 814-444-0600
jross@shepleylaw.com