Certificate Number: 20611-PAW-DE-038385314

Bankruptcy Case Number: 24-20700



20611-PAW-DE-038385314

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 16, 2024, at 12:31 o'clock PM EDT, Tracey Lynn Ellis completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   April 16, 2024           By:   /s/Consuelo V Gerhardt

Name: Consuelo V Gerhardt

Title:  Financial Educator