# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 24-20700 CMB |
| TRACEY LYNN ELLIS | : | |
| Debtor | : | |
| | : | |
| | : | Chapter 13 |
| TRACEY LYNN ELLIS | : | |
| Movant | : | |
| | : | Doc. No. _____ |
| v. | : | |
| | : | STIPULATED ORDER |
| RONDA J. WINNECOUR, STANDING | : | |
| CHAPTER 13 TRUSTEE | : | |
| Respondent | : | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case or certificate of default requesting dismissal

☑ a plan modification sought by: **Debtor**

☐ a motion to lift stay
as to creditor _____

☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑ Chapter 13 Plan dated **3-25-2024**

☐ Amended Chapter 13 Plan dated _____

is modified as follows:

### *[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

■      Debtor's Plan payments shall be changed from **$2,442.00** to **$2,554.00** per **month**, effective **1 April 2026**.

☐      In the event that Debtors fail to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtors and Debtors' Counsel a notice of default advising the Debtors that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtors fail to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐      Debtor(s) shall file and serve _____ on or before _____.

☐      If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐      If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

■      Other:

     1. All other terms of Confirmation Order dated 14 May 2024 shall continue to apply.

     2. PennyMac Claim #13 to govern with all payment change notices of record.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the

appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan and shall remain in full force and effect.

**SO ORDERED**, this 17th day of ____March____, 2026

SIGNED
3/17/26 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge

Stipulated by:                          Stipulated by:

_____                 _____
Jeffrey W. Ross, Esq.                   James Warmbrodt, Esq.
Counsel to Debtor                       Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 24-20700-CMB

Tracey Lynn Ellis                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                        Page 1 of 4

Date Rcvd: Mar 17, 2026                 Form ID: pdf900                   Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tracey Lynn Ellis, 386 Florence Drive, Crescent, PA 15046-9601 |
| 15698835 | + | Bnak of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15698836 | + | Brighton Raiology Associates, PC, P.O. Box 536287, Pittsburgh, PA 15253-5904 |
| 15698843 | | Clearview Federal Credit Union, 1453 Beers School, Moon Township, PA 15108 |
| 15698845 | | Continental Finance Company, Attn: Bankruptcy, PO Box 5099, Newark, DE 19714 |
| 15698854 | + | Heritage Valley Sewickley, P.O. Box 536366, Pittsburgh, PA 15253-5905 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Mar 18 2026 01:33:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 18 2026 01:33:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15712159 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2026 01:37:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15698834 | + | Email/PDF: bncnotices@becket-lee.com | Mar 18 2026 01:36:57 | Amex, Correspondence, P.O. Box 981540, El Paso, TX 79998-1540 |
| 15806566 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 18 2026 01:33:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15698841 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2026 01:33:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Drive, Providence, RI 02903 |
| 15700648 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2026 01:33:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 15701558 | | Email/Text: BKPT@cfna.com | Mar 18 2026 01:33:00 | CREDIT FIRST N.A., P.O. BOX 818011, CLEVELAND, OH 44181-8011 |
| 15698837 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2026 01:36:56 | Capital One, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15702952 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2026 01:37:01 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15698838 | + | Email/Text: bankruptcy@cavps.com | Mar 18 2026 01:34:00 | Cavalry, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 15698839 | + | Email/Text: bankruptcy@cavps.com | Mar 18 2026 01:34:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15701974 | + | Email/Text: bankruptcy@cavps.com | | |

District/off: 0315-2                          User: auto                          Page 2 of 4

Date Rcvd: Mar 17, 2026                       Form ID: pdf900                     Total Noticed: 49

| | | | |
|---|---|---|---|
| | | Mar 18 2026 01:34:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15698840 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2026 01:37:03 | Citibank, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 15698842 | + Email/Text: bankruptcy@clearviewfcu.org | Mar 18 2026 01:33:00 | Clearview Federal Credit Union, Attn: Bankruptcy, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15698844 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2026 01:33:00 | Comenity Bank/Big Lots, Attn: Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 15698846 | + Email/Text: BKPT@cfna.com | Mar 18 2026 01:33:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 15698847 | Email/PDF: creditonebknotifications@resurgent.com | Mar 18 2026 01:37:02 | Credit One Bank, Attn: Bankruptcy, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15701256 | Email/Text: mrdiscen@discover.com | Mar 18 2026 01:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15698848 | + Email/Text: mrdiscen@discover.com | Mar 18 2026 01:33:00 | Discover Financial, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15698849 | + Email/Text: Bankruptcy@dollarbank.com | Mar 18 2026 01:33:00 | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 15698850 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 18 2026 01:36:56 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15698851 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 18 2026 01:36:58 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15698852 | + Email/Text: crdept@na.firstsource.com | Mar 18 2026 01:34:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 15698853 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 18 2026 01:33:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15698855 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 18 2026 01:33:00 | Internal Revenue Service, P.O. Box 16336, Philadelphia, PA 19114-0436 |
| 15698856 | ^ MEBN | Mar 18 2026 01:31:00 | January Technologies, Inc., 176 Grand Street, 4th Floor, New York, NY 10013-3786 |
| 15700028 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2026 01:36:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15698857 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2026 01:36:58 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15703945 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 18 2026 01:37:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15698858 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 18 2026 01:36:56 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15698859 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 18 2026 01:33:00 | Midland Credit Management, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 15719285 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 18 2026 01:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15802757 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2026 01:37:02 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15698860 | Email/PDF: ebnotices@pnmac.com | Mar 18 2026 01:37:03 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 15713601 | + Email/PDF: ebnotices@pnmac.com | Mar 18 2026 01:36:58 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |

District/off: 0315-2                   User: auto                                   Page 3 of 4
Date Rcvd: Mar 17, 2026                Form ID: pdf900                              Total Noticed: 49

| | | | |
|---|---|---|---|
| 15698861 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2026 01:37:02 | Portfolio Recover Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 15804566 | Email/Text: bnc-quantum@quantum3group.com | Mar 18 2026 01:33:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16469955 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2026 01:36:58 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15698862 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2026 01:37:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15698863 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2026 01:36:55 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 15698864 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2026 01:36:55 | Synchrony Bank/Amazon, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15803149 | Email/PDF: ebn_ais@aisinfo.com | Mar 18 2026 01:36:58 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey Wayne Ross | on behalf of Debtor Tracey Lynn Ellis jross@shepleylaw.com  bk@shepleylaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |

District/off: 0315-2                          User: auto                                    Page 4 of 4
Date Rcvd: Mar 17, 2026                  Form ID: pdf900                        Total Noticed: 49

Office of the United States Trustee
                                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                cmecf@chapter13trusteewdpa.com


TOTAL: 6